1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CEIVA LOGIC, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　Defendant. | Civil Action No. 2:19-cv-09129<br><br>(Hon. André Birotte Jr.)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE**<br><br>[*Filed concurrently with Joint Stipulation; Declaration of Nicole M. Kamish*] |

The Court having considered the Joint Stipulation of the Parties, and good cause appearing therefor, hereby orders as follows:

The Court extends the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Amazon's Final Invalidity Contentions[1] | August 6, 2021 | September 7, 2021 |
| Non-Expert Discovery Cutoff | August 27, 2021 | November 12, 2021 |
| Deadline to Complete Settlement Conference | September 3, 2021 | September 3, 2021 (no change) |
| Expert Disclosure (Initial) | September 24, 2021 | December 10, 2021 |
| Expert Disclosure (Rebuttal) | November 5, 2021 | January 28, 2022 |
| Expert Discovery Cutoff | December 10, 2021 | March 4, 2022 |
| Last Date to Hear Motions | January 28, 2022 | April 29, 2022 |
| Trial Filings (First Round) | March 18, 2022 | June 17, 2022 |
| Trial Filings (Second Round) | April 1, 2022 | July 1, 2022 |
| Final Pre-Trial Conference | April 15, 2022 | July 15, 2022 at 11:00 am |
| Trial Date | May 17, 2022 | August 16, 2022 at 8:30 am |

**IT IS SO ORDERED.**

DATED: August 3, 2021

_____
Hon. André Birotte Jr

---

[1] Prior to the close of non-expert discovery, amendments may be made to Final Infringement Contentions or Final Invalidity Contentions for good cause without prior Court approval where they are made due to recent discovery of nonpublic information that was not discovered before the service of the Final Infringement Contentions or Final Invalidity Contentions.